IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation § § § *Plaintiff*, § § v. § § DONALD CHRISTIAN, CHRISTOPHER § BANNWOLF, CONCORDIA § UNIVERSITY TEXAS, INC., & JOHN § DOES 1-12 § *Defendants* § | Case No. 1:23-cv-1042-RP |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

NOW COME Concordia University Texas ("CTX"), Donald Christian, and Christopher Bannwolf, Defendants in the above-captioned cause, and file this Unopposed Motion for Leave to Exceed Page Limit as follows:

Defendants are filing a motion to dismiss Plaintiff the Lutheran Church-Missouri Synod's ("LCMS") complaint for lack of subject matter jurisdiction and failure to join indispensable parties. Pursuant to Local Rule CV-7(C)(2), the page limit for a motion is limited to 20 pages. The Defendants need additional pages to adequately address all of the legal and factual issues supporting its motion. Therefore, Defendants are requesting that they be granted leave to file its Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to Join Indispensable Parties not to exceed 35 pages in length. Attached to this motion is Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to Join Indispensable Parties.

This motion is not sought for delay but so that justice may be served.

WHEREFORE PREMISES CONSIDERED, Defendants CTX, Donald Christian and Christopher Bannwolf pray that the Court enter an order granting this motion to exceed page limit.

Respectfully submitted,

*/s/ Daniel R. Richards*
**Daniel R. Richards**
State Bar No. 00791520
drichards@rrsfirm.com
**Clark Richards**
State Bar No. 90001613
crichards@rrsfirm.com
**Albert A. Carrion, Jr.**
State Bar No. 03883100
acarrion@rrsfirm.com
**RICHARDS RODRIGUEZ & SKEITH, LLP**
611 West 15th Street
Austin, Texas 78701
Telephone: (512) 476-0005
Facsimile: (512) 476-1513

**ATTORNEYS FOR DEFENDANTS CONCORDIA UNIVERSITY TEXAS, INC., DONALD CHRISTIAN AND CHRISTOPHER BANNWOLF**

## CERTIFICATE OF CONFERENCE

I certify that on January 20, 2024, Clark Richards conferred with counsel for Plaintiff about the relief being sought in this motion and Plaintiff does not oppose this motion.

*/s/ Daniel R. Richards*
**DANIEL R. RICHARDS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January 2024, I electronically filed the above and foregoing document, which will send notification of such filing to:

Steven C. Levatino
Levatino & Pace PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
steven@lpfirm.com

Andrew F. MacRae
MacRae Law Firm PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
andrew@macraelaw.com

Gregg R. Kronenberger
Kronenberger Law Firm, PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
gregg@gkronenberger.com

*/s/ Daniel R. Richards*
**DANIEL R. RICHARDS**