**Form 424**
**(Revised 05/11)**

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
**Filing Fee: See instructions**



**Certificate of Amendment**

This space reserved for office use.

F I L E D
In the Office of the
Secretary of State of Texas

NOV 08 2022

Corporations Section

## Entity Information

The name of the filing entity is:

Concordia University Texas

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation              ☐ Professional Corporation
☒ Nonprofit Corporation               ☐ Professional Limited Liability Company
☐ Cooperative Association             ☐ Professional Association
☐ Limited Liability Company           ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is: __10277001__

The date of formation of the entity is: __April 28, 1950__

## Amendments

### 1. Amended Name
(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

11/8/2022 12:38:09 PM PST (GMT-8) FROM: 5124761513-TO: 15124635709    Page: 3 of 5
Exhibit 8 to Defendants' Motion to Dismiss
Page 2 of 4
Case 1:23-cv-01042-DAE    Document 8-9    Filed 01/22/24    Page 2 of 4

Registered Agent
(Complete either A or B, but not both. Also complete C.)

☐ A. The registered agent is an organization (cannot be entity named above) by the name of:

_____

OR

☐ B. The registered agent is an individual resident of the state whose name is:

_____
*First Name*                         *M.I.*         *Last Name*                         *Suffix*

The person executing this instrument affirms that the person designated as the new registered agent has consented to serve as registered agent.

C. The business address of the registered agent and the registered office address is:

                                                            TX
*Street Address (No P.O. Box)*              *City*            *State*   *Zip Code*

### 3. Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below. If the space provided is insufficient, incorporate the additional text by providing an attachment to this form. Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☒ Add each of the following provisions to the certificate of formation. The identification or reference of the added provision and the full text are as follows:

Article II Purpose:
Concordia University Texas is organized exclusively for charitable, religious, educational, and scientific purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organization described under Section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code. Within the scope of the foregoing purposes, and not by way of limitation thereof, the corporation is dedicated to the support and maintenance of an educational institution of higher learning that is aligned with, but not subject to the authority of or governance by, the Lutheran Church – Missouri Synod. To enable the corporation to carry out such purposes, it shall have the power to do any and all lawful acts and to engage in any and all lawful activities, directly or indirectly, alone or in conjunction with others, which may be necessary, proper, or suitable for the attainment of any and all lawful purposes for which the University is organized under the TBOC.

Article V Board:
The management of the affairs of the corporation is vested in its Board of Regents in accordance with the Bylaws. The number of Regents may be increased or decreased in accordance with the Bylaws; however, the number of Regents shall not be decreased to fewer than three (3). All determinations regarding the university's alignment with the Lutheran Church – Missouri Synod, including but not limited to, the university's subscription and adherence to the Confession of the LCMS as currently outlined in Article II of the LCMS Constitution, and qualifications for board members and the presidency, will be subject to and determined by the sole and exclusive discretion of the Board of Regents.

☐ **Alter each of the following provisions of the certificate of formation. The identification or reference of the altered provision and the full text of the provision as amended are as follows:**

---

☒ **Delete each of the provisions identified below from the certificate of formation.**

Article II Purpose:
Concordia University Texas is organized exclusively for charitable, religious, educational, and scientific purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organization described under Section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code.

Article V Management:
The business of this corporation shall be conducted and its affairs shall be controlled by a board of trustees to be elected in accordance with the Rules and Regulations of the Lutheran Church--Missouri Synod. The names and addresses of the trustees for the first year are as follows:
  Albert Schulz of Eola, Concho County, Texas
  R. Leschber of Walburg, Williamson County, Texas
  E. Stelzer of Thorndale, Milam County, Texas
  Oliver Harms of Houston, Harris County, Texas
  Paul Nerger of Giddings, Lee County, Texas

## Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

## Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____
The following event or fact will cause the document to take effect in the manner described below:

---

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Form 424                                              8


