**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation §§§§<br>*Plaintiff*, § | |
| v. § | Case No. 1:23-cv-1042-RP |
| §§§§§§§ | |
| DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12<br>*Defendants* | |

**ORDER ON DEFENDANTS'**
**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Came on for consideration the Unopposed Motion For Leave to Exceed Page Limit filed by Defendants Concordia University Texas ("CTX"), Donald Christian, and Christopher Bannwolf in the above-captioned cause. Having considered the motion, it is hereby ordered that the motion is granted.

IT IS THEREFORE ORDERED that the Defendants CTX, Donald Christian and Christopher Bannwolf are granted leave to file their Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to Join Indispensable Parties ("Motion to Dismiss"), of up to 35 pages in length. The clerk is directed to file the Motion to Dismiss attached to the Motion for Leave to Exceed Page Limit.

SIGNED this _____ day of _____, 2024.

_____
ROBERT PITMAN
UNITED SATES JUDGE