**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation** § § § | |
| **Plaintiff,** § § | **Case No. 1:23-cv-1042-RP** |
| **v.** § § | |
| **DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12** § § § § § | |

**AGREED MOTION TO**
**EXTEND RESPONSIVE PLEADING DEADLINE**

NOW COME ALL PARTIES in the above-entitled and numbered cause, and file this Agreed Motion to Extend Responsive Pleading Deadline as follows:

On January 22, 2024, Defendants filed a Motion to Dismiss For Lack of Subject Matter Jurisdiction and Failure to Join Indispensable Parties (See Dkt. # 9). As a result, the current deadline for Plaintiff to file responsive pleading is February 5, 2024; and its deadline to file an amended complaint as a matter of course pursuant to Rule 15 is February 12, 2024. Plaintiff needs additional time to properly respond to the Motion and/or prepare an amended pleading. The parties have agreed to extend Plaintiff's deadline to file either a response to the Motion and/or an amended complaint until February 29, 2024. The Parties request that the Court enter an order granting this motion and extending the deadline for Defendants to file responsive pleadings until February 29, 2024.

WHEREFORE PREMISES CONSIDERED, all parties pray that the Court enter an order granting this motion to extend responsive pleading deadline.

Respectfully submitted,

*Steven C. Levatino*

_____

**Steven C. Levatino**
State Bar No. 12245250
Levatino|Pace PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
T: 512-637-1581
F: 512-637-1583
steven@lpfirm.com

**Andrew F. MacRae**
State Bar No. 00784510
MacRae Law Firm PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
T: 512-565-7798
andrew@macraelaw.co

**Gregg R. Kronenberger**
State Bar No. 24039998
Kronenberger Law Firm, PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
T: 512-777-4141
F: 512-402-3313
M: 512-923-3158
gregg@gkronenberger.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Daniel R. Richards*
**Daniel R. Richards**
State Bar No. 00791520
drichards@rrsfirm.com
**Clark Richards**
State Bar No. 90001613
crichards@rrsfirm.com
**Albert A. Carrion, Jr.**
State Bar No. 03883100
acarrion@rrsfirm.com
**RICHARDS RODRIGUEZ & SKEITH, LLP**
611 West 15th Street
Austin, Texas 78701
Telephone: (512) 476-0005
Facsimile: (512) 476-1513

**ATTORNEYS FOR DEFENDANTS CONCORDIA UNIVERSITY TEXAS, INC., DONALD CHRISTIAN, AND CHRISTOPHER BANNWOLF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of January, 2024, I electronically filed the above and foregoing document, which will send notification of such filing to:

Dan R. Richards
Clark Willis Richards
Albert A. Carrion , Jr.
Richards Rodriguez &
Skeith LLP
611 West 15th Street
Austin, TX 78701
512-476-0005
Email:
drichards@rrsfirm.comc
richards@rrsfirm.comac
arrion@rrsfirm.com

                                      */s/ Steven C. Levatino*
                                      **STEVEN C. LEVATINO**