IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation<br><br>Plaintiff,<br><br>v.<br><br>DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12 | §§§§§§§§§§§<br><br>Case No. 1:23-cv-1042-RP |

## ORDER GRANTING AGREED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

Came on for consideration the Agreed Motion to Extend Responsive Pleading Deadline filed by all parties in this matter. Having considered the motion and the contents of the file the Court grants the motion in all respects. The deadline for Plaintiffs to file responsive pleadings to Defendants Motion to Dismiss For Lack of Subject Matter Jurisdiction and Failure to Join Indispensable Parties and to file an amended pleading is February 29, 2024.

Signed this _____ day of _____, 2024.

_____
The Honorable Robert Pitman
U.S. District Judge