EXHIBIT E

**Second Meeting of the Bd. of Dir.**    Syndicat Proceedings 1950

9/12/50

Session on September 12



7. **Austin** – The Austin Board requests that <u>titles</u> to the local Synodical properties be transferred to the local Board of Control. Unless this is done great difficulty is experienced in procuring gifts for the school, since the local corporation is termed an empty corporation. Your committee recommends:

a. To transfer the title of Synod's property to the local Board of Control as trustees in Austin, Texas.

b. To request the Austin Board to execute in favor of Synod, a declaration of trust.

This matter is to be turned over to our Synodical attorney for his counsel before action is taken.

