CHARTER

APPROVED AND FILED IN THE OFFICE OF
THE SECRETARY OF STATE
THIS 28 DAY OF April 1950

_Robert J. Trotti_
CHIEF CHARTER DIVISION

THE STATE OF TEXAS }
COUNTY OF TRAVIS } KNOW ALL MEN BY THESE PRESENTS:

That we, Albert Schulz of Eola, Concho County, Texas, R. Leschber of Walburg, Williamson County, Texas, F. Stelzer of Thorndale, Milam County, Texas, Oliver Harms of Houston, Harris County, Texas and Paul Nerger of Giddings, Lee County, Texas, do hereby voluntarily associate ourselves for the purpose of forming a private corporation under the general laws of this State for the purposes and objectives hereinafter set forth, and do hereby adopt the following articles of incorporation.

I.

The name of the corporation shall be Lutheran Concordia College of Texas.

II.

The purpose for which this corporation is formed is for the support and maintenance of an educational institution.

III.

The corporation shall have its principal place of business in Austin, Travis County, Texas.

IV.

The corporation shall exist for a period of fifty (50) years.

V.

The business of this corporation shall be conducted and its affairs shall be controlled by a board of trustees to be elected in accordance with the Rules and Regulations of the Lutheran Church—

Missouri Synod. The names and addresses of the trustees for the first year are as follows:

>Albert Schulz of Eola, Concho County, Texas
>
>R. Leschber of Walburg, Williamson County, Texas
>
>F. Stelzer of Thorndale, Milam County, Texas
>
>Oliver Harms of Houston, Harris County, Texas
>
>Paul Nerger of Giddings, Lee County, Texas

VI.

The corporation shall have no capital stock and is to be operated as a non-profit institution. The value of goods, lands, chattels, rights and dredits is estimated at $400,000.00.

In testimony whereof, we hereunto sign our names this _8th_ day of _April_, A. D. 1950.

_____
Albert Schulz

_____
R. Leschber

_____
F. Stelzer

_____
Oliver Harms

_____
Paul Nerger

B-2

THE STATE OF TEXAS
COUNTY OF CONCHO

BEFORE ME, the undersigned authority, appeared Albert Schulz, known to me to be a citizen and resident of Concho County, Texas, and the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this the _17_ day of _April_, A. D. 1950.

_____
Notary Public in and for
Concho County, Texas.


THE STATE OF TEXAS
COUNTY OF WILLIAMSON

BEFORE ME, the undersigned authority, appeared R. Leschber, known to me to be a citizen and resident of Williamson County, Texas, and the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this the _19_ day of _April_, A. D. 1950.

_____
Notary Public in and for
Williamson County, Texas


THE STATE OF TEXAS
COUNTY OF MILAM

BEFORE ME, the undersigned authority, appeared F. Stelzer, known to me to be a citizen and resident of Milam County, Texas, and the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this the _21st_ day of _April_, A. D. 1950.

_____
Notary Public in and for
Milam County, Texas.

B-3

THE STATE OF TEXAS  
COUNTY OF HARRIS

  BEFORE ME, the undersigned authority, appeared Oliver Harms, known to me to be a citizen and resident of Harris County, Texas, and the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

  Given under my hand and seal of office this the _8th_ day of _April_, A. D. 1950.

_Viola Biederstein_  
Notary Public in and for  
Harris County, Texas.

THE STATE OF TEXAS  
COUNTY OF LEE

  BEFORE ME, the undersigned authority, appeared Paul Nerger, known to me to be a citizen and resident of Lee County, Texas, and the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

  Given under my hand and seal of office this the _22nd_ day of _April_, A. D. 1950.

_E. E. Sump_  
Notary Public in and for  
Lee County, Texas.

B-4



# The State of Texas
## Secretary of State

I, <u>LOUIS SCOTT WILKERSON, Assistant</u>, Secretary of State, of the State of Texas, do hereby certify that the foregoing is a true and correct copy of **the charter of**

### LUTHERAN CONCORDIA COLLEGE OF TEXAS

with the endorsement thereon, as the same now appears of record in the Department.

Dated, signed, and sealed at Austin, Texas, this <u>28th</u> day of <u>April</u>, A. D. 1950.

_____
~~Assistant~~ Secretary of State.

B1370-250-6m