EXHIBIT I

# MINUTES

## COMMISSION ON CONSTITUTIONAL MATTERS
## Hilton Airport Hotel (Friday) and International Center (Saturday), St. Louis
## September 14–15, 2018

**183. <u>Call to Order and Opening Devotion</u>**

Commission Chairman Dr. George Gude called the commission's meeting to order, with all members present except for Rev. Gerhard Bode, attending to pastoral duties in his home parish. Rev. Larry Peters offered devotions Friday afternoon and Saturday mornings on the readings for Holy Cross Day.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] the [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**186. <u>Review of College, University, and Seminary Articles of Incorporation</u> (18-2894)**

In keeping with the convention's assignment of 2016 Res. 9-02A, to review the articles of incorporation of Synod agencies for compliance with Bylaw 1.5.3.6, the commission reviewed the status of the articles of the colleges, universities, and seminaries of the Synod. At present, the commission understands the status of the various institutions' articles of incorporation as follows:

- <u>Concordia College Bronxville</u>: Charter on file, last amended in 1985, lacks both relationship and asset disposition language required by Bylaw 1.5.3.6 and 2016 Res. 9-02A. Bylaws have never been reviewed. The college is requested to send present bylaws for the commission's review and urged to attend to the requirements of Bylaw 1.5.3.6 and 2016 Res. 9-02A.
- <u>Concordia University Chicago</u>: Articles do not contain the relationship or asset disposition language required by Bylaw 1.5.3.6 and 2016 Res. 9-02A (Op. 18-2893).
- <u>Concordia University, Irvine</u>: Proposed articles contain language required by Bylaw 1.5.3.6 and 2016 Res. 9-02A (Op. 18-2894).
- <u>Concordia University, Portland</u>: Articles contain asset disposition but no relationship language as required by Bylaw 1.5.3.6. and 2016 Res. 9-02A (Op. 16-2803).
- <u>Concordia University Nebraska</u>: Articles contain unclear asset disposition but no relationship language as required by Bylaw 1.5.3.6. and 2016 Res. 9-02A (Op. 16-2800).
- <u>Concordia University, St. Paul</u>: Articles contain partial asset disposition but no relationship language as required by Bylaw 1.5.3.6. and 2016 Res. 9-02A (Op. 16-2804).
- <u>Concordia University Texas</u>: Articles and bylaws have never been reviewed. Articles on file, most recently revised in 1995, lack both relationship and asset disposition language required by Bylaw 1.5.3.6 and 2016 Res. 9-02A. The college is requested to send present bylaws for the commission's review and urged to attend to the requirements of Bylaw 1.5.3.6 and 2016 Res. 9-02A.
- <u>Concordia University Wisconsin / Ann Arbor</u>: Articles contain asset disposition but not relationship language required by Bylaw 1.5.3.6 and 2016 Res. 9-02A (Op. 16-2808).
- <u>Concordia Seminary, St. Louis</u>: The 1853 charter, while it clearly establishes control by the Synod, does not contain the asset disposition or relationship language required by Bylaw 1.5.3.6 and 2016 Res. 9-02A, nor does it reflect the present governance of the seminary.
- <u>Concordia Theological Seminary, Fort Wayne</u>: Articles on file, dated 1977, contain relationship language clearly indicating control by the Synod but not of the type required by Bylaw 1.5.3.6 and

2016 Res. 9-02A. The articles also lack the required asset disposition language. The articles also require significant updating.

Colleges, universities, and seminaries lacking the required language in their articles are reminded to revise their documents into compliance with Bylaw 1.5.3.6 and 2016 Res. 9-02A or to apply to the Board of Directors of the Synod for modification of these provisions with regard to their specific agencies. The commission asks to be kept apprised of efforts so that its report to the 2019 convention can be as current as possible.

r