

August 4, 2023

Mr. William Brandt
7524 Mosier View Court Suite 230
Fort Worth, TX 76118

Dear Mr. Brandt,

Greetings in the name of our Lord Jesus Christ!

I am writing in regard to your purported election to the Concordia University Texas Board of Regents at the recent convention of the Lutheran Church-Missouri Synod. As you are likely aware, the CTX Board changed its governing documents in November 2022 to make it the sole-governing body of the institution. The current CTX Articles of Incorporation and Bylaws call for the CTX Board to select all of its Regents and, consequently, do not allow for Regents to be elected or appointed externally by someone else. Hence, persons elected or appointed elsewhere (in this case, at the LCMS convention) cannot be recognized as members of the Board.

The LCMS and Concordia University Texas are currently in dialogue regarding the issue of governance separation. While the CTX Board of Regents does not anticipate any changes to its current structure, we also recognize that things could change. If future circumstances permit you to serve on this Board, we will notify you.

We pray that you will understand the inability for the CTX Board of Regents to recognize your addition to our Board. Should you have any questions, please feel free to contact me or Dr. Donald Christian, the President of CTX. You might also wish to contact the chair of the LCMS Board of Directors. In the meantime, we hope you will accept this letter in good faith and will continue to pray that this situation might resolve itself in a manner that brings glory to God and best serves both the LCMS and Concordia University Texas.

Christ's peace,

*Christopher J. Bannwolf*

Christopher J. Bannwolf
Chair, Board of Regents

CC:    Dr. Donald Christian, President, Concordia University Texas
       Rev. Dr. Michael Kumm, Chair, LCMS Board of Directors



August 4, 2023

Rev. Nate Hill
704 Frio Street
Winchester, TX, 78945

Dear Rev. Hill,

Greetings in the name of our Lord Jesus Christ!

I am writing in regard to your purported election to the Concordia University Texas Board of Regents at the recent convention of the Lutheran Church-Missouri Synod.  As you are likely aware, the CTX Board changed its governing documents in November 2022 to make it the sole-governing body of the institution. The current CTX Articles of Incorporation and Bylaws call for the CTX Board to select all of its Regents and, consequently, do not allow for Regents to be elected or appointed externally by someone else.  Hence, persons elected or appointed elsewhere (in this case, at the LCMS convention) cannot be recognized as members of the Board.

The LCMS and Concordia University Texas are currently in dialogue regarding the issue of governance separation.  While the CTX Board of Regents does not anticipate any changes to its current structure, we also recognize that things could change.  If future circumstances permit you to serve on this Board, we will notify you.

We pray that you will understand the inability for the CTX Board of Regents to recognize your addition to our Board.  Should you have any questions, please feel free to contact me or Dr. Donald Christian, the President of CTX.  You might also wish to contact the chair of the LCMS Board of Directors.  In the meantime, we hope you will accept this letter in good faith and will continue to pray that this situation might resolve itself in a manner that brings glory to God and best serves both the LCMS and Concordia University Texas.

Christ's peace,

Christopher J. Bannwolf
Chair, Board of Regents


CC:     Dr. Donald Christian, President, Concordia University Texas
        Rev. Dr. Michael Kumm, Chair, LCMS Board of Directors



August 4, 2023

Mr. Miguel Ruiz
1308 Whitley Rd.
Keller, TX  76248

Dear Mr. Ruiz,

Greetings in the name of our Lord Jesus Christ!

I am writing in regard to your purported election to the Concordia University Texas Board of Regents at the recent convention of the Lutheran Church-Missouri Synod.  As you are likely aware, the CTX Board changed its governing documents in November 2022 to make it the sole-governing body of the institution. The current CTX Articles of Incorporation and Bylaws call for the CTX Board to select all of its Regents and, consequently, do not allow for Regents to be elected or appointed externally by someone else.  Hence, persons elected or appointed elsewhere (in this case, at the LCMS convention) cannot be recognized as members of the Board.

The LCMS and Concordia University Texas are currently in dialogue regarding the issue of governance separation.  While the CTX Board of Regents does not anticipate any changes to its current structure, we also recognize that things could change.  If future circumstances permit you to serve on this Board, we will notify you.

We pray that you will understand the inability for the CTX Board of Regents to recognize your addition to our Board.  Should you have any questions, please feel free to contact me or Dr. Donald Christian, the President of CTX.  You might also wish to contact the chair of the LCMS Board of Directors.  In the meantime, we hope you will accept this letter in good faith and will continue to pray that this situation might resolve itself in a manner that brings glory to God and best serves both the LCMS and Concordia University Texas.

Christ's peace,

*Christopher J. Bannwolf*

Christopher J. Bannwolf
Chair, Board of Regents


CC:     Dr. Donald Christian, President, Concordia University Texas
        Rev. Dr. Michael Kumm, Chair, LCMS Board of Directors



August 4, 2023

Dr. Bob Ssekyanzi
10518 Huntington View Dr.
Houston, TX  77099

Dear Dr. Ssekyanzi,

Greetings in the name of our Lord Jesus Christ!

I am writing in regard to your purported election to the Concordia University Texas Board of Regents at the recent convention of the Lutheran Church-Missouri Synod.  As you are likely aware, the CTX Board changed its governing documents in November 2022 to make it the sole-governing body of the institution. The current CTX Articles of Incorporation and Bylaws call for the CTX Board to select all of its Regents and, consequently, do not allow for Regents to be elected or appointed externally by someone else.  Hence, persons elected or appointed elsewhere (in this case, at the LCMS convention) cannot be recognized as members of the Board.

The LCMS and Concordia University Texas are currently in dialogue regarding the issue of governance separation.  While the CTX Board of Regents does not anticipate any changes to its current structure, we also recognize that things could change.  If future circumstances permit you to serve on this Board, we will notify you.

We pray that you will understand the inability for the CTX Board of Regents to recognize your addition to our Board.  Should you have any questions, please feel free to contact me or Dr. Donald Christian, the President of CTX.  You might also wish to contact the chair of the LCMS Board of Directors.  In the meantime, we hope you will accept this letter in good faith and will continue to pray that this situation might resolve itself in a manner that brings glory to God and best serves both the LCMS and Concordia University Texas.

Christ's peace,

*Christopher J. Bannwolf*

Christopher J. Bannwolf
Chair, Board of Regents


CC:    Dr. Donald Christian, President, Concordia University Texas
       Rev. Dr. Michael Kumm, Chair, LCMS Board of Directors