**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation** | § § § | |
| **Plaintiff,** | § § | **Case No. 1:23-cv-1042-RP** |
| **v.** | § § | |
| **DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12** | § § § § | |

**UNOPPOSED MOTION TO**
**EXTEND RESPONSIVE PLEADING DEADLINE**

Donald Christian, Christopher Bannwolf, and Concordia University Texas, Inc. submit this Unopposed Motion to Extend Responsive Pleading Deadline as follows:

Plaintiff Lutheran Church Missouri Synod filed an Amended Petition on February 29, 2024. Defendants' deadline to file responsive pleadings is March 21, 2024. Plaintiff's Amended Petition is 86 paragraphs and includes 18 exhibits comprising a total of 563 pages. Defendants believe additional time is necessary to review and respond to this amended pleading. Defendants request that the Court enter an order granting this motion and extending the deadline for Defendants to file responsive pleadings or motions until April 4, 2024.

WHEREFORE PREMISES CONSIDERED, Defendants pray that the Court enter an order granting this motion to extend responsive pleading deadline.

Respectfully submitted,

*/s/ Daniel R. Richards*

**Daniel R. Richards**
State Bar No. 00791520
drichards@rrsfirm.com
**Clark Richards**
State Bar No. 90001613
crichards@rrsfirm.com
**Albert A. Carrion, Jr.**
State Bar No. 03883100
acarrion@rrsfirm.com
**RICHARDS RODRIGUEZ & SKEITH, LLP**
611 West 15th Street
Austin, Texas 78701
Telephone: (512) 476-0005
Facsimile: (512) 476-1513

**ATTORNEYS FOR DEFENDANTS
CONCORDIA UNIVERSITY TEXAS, INC.,
DONALD CHRISTIAN AND CHRISTOPHER
BANNWOLF**

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 11, 2024, Counsel for Defendants conferred with Counsel for Plaintiffs with regard to the relief requested in this motion and they do not oppose this motion.

*/s/ Daniel R. Richards*
**DANIEL R. RICHARDS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th day of March 2024, I electronically filed the above and foregoing document, which will send notification of such filing to:

Steven C. Levatino
Levatino & Pace PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
steven@lpfirm.com

Andrew F. MacRae
MacRae Law Firm PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
andrew@macraelaw.com

Gregg R. Kronenberger
Kronenberger Law Firm, PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
gregg@gkronenberger.com

*/s/ Daniel R. Richards*
**DANIEL R. RICHARDS**