**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **THE LUTHERAN CHURCH – MISSOURI SYNOD**, a Missouri nonprofit corporation § § § § | |
| Plaintiff, § | |
| § | Case No. 1:23-cv-1042-RP |
| v. § § | |
| **DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12** § § § § § | |

**ORDER GRANTING AGREED MOTION TO**
**EXTEND RESPONSIVE PLEADING DEADLINE**

Came on for consideration the Unopposed Motion to Extend Responsive Pleading Deadline filed by Defendants Donald Christian, Christopher Bannwolf, and Concordia University Texas, Inc. in this matter. Having considered the motion and the contents of the file, the Court grants the motion in all respects. The deadline for Defendants to file responsive pleadings or motions is extended until April 4, 2024.

Signed this _____ day of _____, 2024.

_____
The Honorable Robert Pitman
U.S. District Judge