Exhibit 6 to Defendants' Motion to Dismiss
Page 1 of 1

## To Direct Establishment of Reversionary Interests on College, University, and Seminary Properties
### RESOLUTION 4-04

**Overture 4-35 (*CW,* p. 217)**

WHEREAS, The Synod owns the properties of all agencies of the Synod, including its institutions of higher education, regardless of how such properties are titled (Bylaw 3.51 i); and

WHEREAS, The Board of Directors of the Synod, acting pursuant to its authority over property matters, has reviewed the titles to the properties of the institutions of higher education and has determined that such properties are in some cases held in the name of the institution of higher education, in some cases in the name of the institution of higher education subject to a reversionary interest in the Synod, and in some cases held in the name of the Synod, and thereupon resolved in 1998 that all properties of the institutions of higher education shall be titled in the name of each institution subject to a reversionary interest in the Synod; and

WHEREAS, Several of the Synod's educational institutions have not executed deeds and other legal documentation necessary to the establishment of reversionary interests to their properties in favor of the Synod; therefore be it

*Resolved*, That each institution of higher education of the Synod shall hold title to properties presently owned or at any time hereafter acquired by it subject to a reversionary interest or possibility of a reverter in favor of the Synod in such form and stating such conditions as shall be established by the Board of Directors of the Synod except as provided by such Board; and be it further

*Resolved*, That the Board of Regents and officers of each institution of higher education of the Synod shall, and are hereby directed to, take all actions and execute all deeds, resolutions, statements, and legal documents necessary to carry out the terms of this resolution where permitted by law.

**Action**: Adopted (10)

(When the committee introduced the resolution it added the words *where permitted by law* at the end of the final resolve. After discussion, the resolution was adopted as presented [Yes: 748; No: 352].)

## To Establish Houston as Site of 2007 Convention
### RESOLUTION 4-06

**Overture L4-44 (*TB*, p. 33)**

WHEREAS, The Board of Directors of the Texas District has submitted an invitation to hold the 2007 convention of the Synod in Houston, Texas. Documentation has been provided by the Synod's Director of Travel and Meeting Planning to support this invitation; and

WHEREAS, Major cost-saving considerations include (1) complimentary convention center rental and (2) complimentary transportation from the one hotel located 10 blocks from the convention center (Hyatt). The other hotel (Hilton) is attached to the convention center; and

WHEREAS, Other factors supporting acceptance of the invitation include the following:

- Availability of volunteer staff from the St. Louis area has diminished after four straight conventions and the 1997 Great Commission Convocation.
- Houston hotel room rates (compared to the seven St. Louis hotels being used for the 2004 convention) are less expensive by a minimum of $25 per room per night, resulting in a savings of approximately $192,500.
- Houston is served by two major airports, hubs for Southwest and Continental Airlines, while St. Louis has experienced a significant decline in flights availability.
- While Houston is eager to attract the LCMS convention, St. Louis has been reluctant to offer a proposal after four years of requests.
- Texas is a Right to Work state, which will allow the Synod to use its own personnel to unload and set up—a major cost-saving factor; and

WHEREAS, In response to the invitation received from the Board of Directors of the Texas District and upon consideration of site information received from the Synod's Director of Travel and Meeting Planning, the LCMS Board of Directors recommended the following action to the 2004 convention; therefore be it

*Resolved*, That the 2007 convention of The Lutheran Church—Missouri Synod be held in Houston, Texas.

**Action**: Adopted (10)

(The resolution was introduced by the President of the Texas District, a member of the committee. After additional financial information was provided by the Vice-President–Finance—Treasurer of the Synod and debate was ended, the resolution was adopted [Yes: 996; No: 137].)

## To Establish Blue Ribbon Task Force for Funding the Mission
### RESOLUTION 4-07

**Overtures 4-01-08 (*CW*, pp. 207–209)**

WHEREAS, A major purpose for having a synodical union is to fulfill our Lord's desire for utilizing the diversity of our many gifts for the common good and the development of His kingdom (1 Cor. 12); and

WHEREAS, Many financial gifts are being received and given by our congregational members in diverse ways for the implementation, support, and maintenance of our various agreed-upon ministries and programs; and

WHEREAS, The basic funding pattern for the mission and ministry of the Synod has continually evolved over our 157-year history; and

WHEREAS, Our Synod's funding pattern during the past 30 years has gradually changed from a mostly unified-budget model to a mostly designated-giving model; and

WHEREAS, These changes in funding trends and sources are forcing the Synod at the national and District levels to rethink its funding systems; and

WHEREAS, An effective funding system needs to (1) evaluate and identify necessary costs associated with Synod's common-good activities, (2) value input from congregations and Districts for prioritizing areas of mission and ministry,