# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation § § § | |
| Plaintiff, § § | Case No. 1:23-cv-1042-RP |
| v. § § | |
| DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12 § § § § § | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO JOIN INDISPENSABLE PARTIES

Came on for consideration the Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to Join Indispensable Parties filed by Defendants Concordia University Texas, Donald Christian, and Christopher Bannwolf. Having considered the motion and Plaintiff's response, the Court concludes that the motion should be in all respects granted.

IT IS THEREFORE ORDERED that Plaintiff's Amended Complaint is dismissed for lack of subject matter jurisdiction and failure to join indispensable parties.

Signed this _____ day of _____, 2024.

_____
The Honorable Robert Pitman
U.S. District Judge