IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation §§§§  *Plaintiff*, | |
| v. | Case No. 1:23-cv-1042-RP |
| DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12  *Defendants* | |

## DEFENDANTS' UNOPPOSED MOTION TO CONSOLIDATE

Defendants Concordia University Texas, Inc. ("CTX"), Donald Christian ("Christian"), and Christopher Bannwolf ("Bannwolf") submit this Motion to Consolidate asking the Court to consolidate this cause with *Concordia University Texas v. The Lutheran Church – Missouri Synod, an unincorporated association of Lutheran Congregations et. al.*, Case No. 1:24-cv-176-RP (W. Dist. Tex.) ("**CTX v. Synod**") as follows:

1. <u>A Court may join for hearing or trial any or all matters at issue in actions, or consolidate actions, where the actions share common question of law or fact.</u> Fed. R. App. P. 42(a)(1)-(2). This cause and *CTX v. Synod* share parties, facts, and questions of law. In the interest of judicial economy, the Court should consolidate the actions. Fed. R. App. P. 42(a)(1)-(2).

2. <u>This cause shares parties, facts, and requested relief with *CTX v. Synod*.</u> Plaintiff The Lutheran Church-Missouri Synod, a Missouri nonprofit corporation ("LCMS"), filed this cause of action against Defendants seeking declaratory and monetary relief on behalf of itself and Synod, an unincorporated association of Lutheran Congregations and ministers ("Synod"). *See* **1st Am. Comp.** ¶¶ 50, 78; *see also* **1st Am. Comp.** ¶ 8, fn. 1. *CTX v. Synod*, is a suit initiated by CTX

against Synod and LCMS in Texas State Court, which was removed to the Western District of Texas by Synod and LCMS. Notice of Removal [Doc. 1], *CTX v. Synod*, Case No. 1:24-cv-176-RP (W. Dist. Tex., Feb. 21, 2024). Both this case and *CTX v. Synod* arise out of a dispute regarding the validity of changes made to CTX's governing documents and the alleged rights and remedies to which CTX, Synod, and LCMS are entitled. *Compare* **1st Am. Comp.** ¶¶ 29-38 *with* Notice of Removal, App. 4-6 ¶¶ 12-20, *CTX v. Synod*, Case No. 1:24-cv-176-RP (W. Dist. Tex., Feb. 21, 2024); *compare also e.g.* **1st Am. Comp.** ¶¶ 50-52 *with* Notice of Removal, App. 4-6 ¶ 23, *CTX v. Synod*, Case No. 1:24-cv-176-RP (W. Dist. Tex., Feb. 21, 2024). Both cases are before this Court based on diversity jurisdiction. **1st Am. Comp.** ¶ 6 *with* Notice of Removal ¶ 3, *CTX v. Synod*, Case No. 1:24-cv-176-RP (W. Dist. Tex., Feb. 21, 2024).

3.  <u>Defendants have challenged this Court's diversity jurisdiction on the basis that Synod is a party of interest which shares citizenship with CTX.</u> Defendants are filing a motion to dismiss in this cause concurrent with this motion. *See* **Motion to Dismiss**. CTX is also filing a motion to remand in *CTX v. Synod*. Motion to Remand, *CTX v. Synod*, Case No. 1:24-cv-176-RP (W. Dist. Tex., Apr. 4, 2024). Both the Motion to Dismiss and the Motion to Remand assert that Synod is a party in interest, with capacity, that shares citizenship with CTX, Christian, and Bannwolf. *Compare* Motion to Remand ¶¶ 24-45, *CTX v. Synod*, Case No. 1:24-cv-176-RP (W. Dist. Tex., Apr. 4, 2024) *with* **Motion to Dismiss** ¶¶ 22-49. These arguments share questions of law for the Court's resolution. Accordingly, in the interest of judicial economy and consistency, the Court should consolidate these cases for determination of the motion to dismiss and the motion to remand.

WHEREFORE PREMISES CONSIDERED, Defendants pray that the Court enter an order granting this motion to consolidate and that the Court grant the motion to dismiss and motion to remand.

        Respectfully submitted,

*/s/ Daniel R. Richards*
**Daniel R. Richards**
State Bar No. 00791520
drichards@rrsfirm.com
**Clark Richards**
State Bar No. 90001613
crichards@rrsfirm.com
**Albert A. Carrion, Jr.**
State Bar No. 03883100
acarrion@rrsfirm.com
**RICHARDS RODRIGUEZ & SKEITH, LLP**
611 West 15th Street
Austin, Texas 78701
Telephone: (512) 476-0005
Facsimile: (512) 476-1513

**ATTORNEYS FOR DEFENDANTS CONCORDIA UNIVERSITY TEXAS, INC., DONALD CHRISTIAN AND CHRISTOPHER BANNWOLF**

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 11, 2024, Counsel for Defendants conferred with Counsel for Plaintiff with regard to the relief requested in this motion and they do not oppose this motion.

/s/ Daniel R. Richards

**DANIEL R. RICHARDS**

## CERTIFICATE OF SERVICE

I hereby certify that on the April 3, 2024, I electronically filed the above and foregoing document, which will send notification of such filing to:

Steven C. Levatino
Levatino & Pace PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
steven@lpfirm.com

Andrew F. MacRae
MacRae Law Firm PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
andrew@macraelaw.com

Gregg R. Kronenberger
Kronenberger Law Firm, PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
gregg@gkronenberger.com

/s/ Daniel R. Richards
**DANIEL R. RICHARDS**