IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| The Lutheran Church - Missouri Synod, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-cv-01042-RP |
| | § | |
| Donald Christian et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff The Lutheran Church - Missouri Synod filed a complaint on September 1, 2023. (Dkt. 1). Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District **Judge Robert Pitman's** form on or before **April 23, 2024**.

**SIGNED** on April 9, 2024

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE