IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE LUTHERAN CHURCH—MISSOURI SYNOD, a Missouri nonprofit corporation, Plaintiff, | § § § § | |
| v. | § § | Case No. 1:23-cv-1042-RP |
| DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1–12 Defendants. | § § § § § § | |

## AGREED MOTION FOR EXTENDED TIME TO RESPOND TO MOTION TO DISMISS

The Lutheran Church—Missouri Synod, a Missouri nonprofit corporation ("LCMS"), submits this Unopposed Motion for Extended Time to Respond to Motion to Dismiss as follows:

On April 3, 2024, Defendants filed a Motion to Dismiss For Lack of Subject Matter Jurisdiction and Failure to Join Indispensable Parties (Dkt. # 13). As a result, the current deadline for LCMS to file a response to the Motion to Dismiss is April 17, 2024; and its deadline to file an amended complaint as a matter of course pursuant to Rule 15 is February 24, 2024.

LCMS needs additional time to properly respond to the Motion to Dismiss. LCMS has coordinated this request for additional time with the Defendants and they are in agreement with this request for an extension of time. Therefore, Plaintiff requests the Court enter an order granting this motion and extending the deadline for Defendants to file a response to the Motion to Dismiss or an amended complaint until May 10, 2024.

WHEREFORE PREMISES CONSIDERED, LCMS requests that the Court enter an order granting this motion to extend responsive pleading deadlines to May 10, 2024.

1

Respectfully submitted,

By: */s/ Steven Levatino*
    Steven C. Levatino
    State Bar No. 12245250
    **Levatino|Pace PLLC**
    1101 S. Capital of Texas Hwy.
    Bldg. K, Suite 125
    Austin, Texas 78746
    T: 512-637-1581
    F: 512-637-1583
    steven@lpfirm.com

By: */s/ Andrew MacRae*
    Andrew F. MacRae
    State Bar No. 00784510
    MacRae Law Firm PLLC
    3267 Bee Cave Road
    Suite 107, PMB 276
    Austin, Texas 78746
    T: 512-565-7798
    andrew@macraelaw.co

By: */s/ Gregg Kronenberger*
    Gregg R. Kronenberger
    State Bar No. 24039998
    Kronenberger Law Firm, PLLC
    1101 S. Capital of Texas Hwy.
    Bldg. K, Suite 125
    Austin, Texas 78746
    T: 512-777-4141
    F: 512-402-3313
    M: 512-923-3158
    gregg@gkronenberger.com

    ***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing Unopposed Motion for Extended Time to Respond to Motion to Dismiss has been filed through the CM/ECF system on April 10, 2024. I understand the CM/ECF system will send a Notice of Electronic Filing to the following counsel of record:

Daniel R. Richards
Clark Richards
Albert A. Carrion, Jr.
Richards Rodriguez & Skeith, LLP
611 West 15th Street
Austin, Texas 78701
***Attorneys for Defendants***

                                         */s/ Steven C. Levatino*
                                         STEVEN C. LEVATINO