# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation § § § | |
| Plaintiff, § § | Case No. 1:23-cv-1042-RP |
| v. § § | |
| DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12 § § § § § | |

## ORDER GRANTING AGREED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

Came on for consideration the Agreed Motion to Extend Responsive Pleading Deadline filed by Plaintiff in this matter. Having considered the motion and the contents of the file the Court grants the motion in all respects. The deadline for Plaintiff to file a response to Defendants' Motion to Dismiss For Lack of Subject Matter Jurisdiction and Failure to Join Indispensable Parties (Dkt. # 13) and/or to file an amended pleading is extended to May 10, 2024.

Signed this _____ day of _____, 2024.

_____
Honorable Robert Pitman
U.S. District Judge