FILED
April 17, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___Julie Golden___
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation<br>*Plaintiff*,<br><br>v.<br><br>DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12<br>*Defendants* | Case No. 1:23-cv-1042-RP |

## ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE

Came on for consideration the Unopposed Motion to Consolidate filed by Defendants Concordia University Texas, Inc., Donald Christian and Christopher Bannwolf in this matter. Having considered the motion, and the contents of the file, the Court grants the motion in all respects.

IT IS THEREFORE ORDERED that this proceeding is hereby consolidated with *Concordia University Texas v. The Lutheran Church—Missouri Synod, an unincorporated association of Lutheran congregations, and The Lutheran Church—Missouri Synod, a Missouri Corporation,* Case No. 1:24-cv-176-RP (W. Dist. Tex.) ("CTX v LCMS") for the determination of Plaintiff's Motion to Remand in *CTX v LCMS* and Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to Join Indispensable Parties.

Signed this  17th  day of   April   , 2024.

_____
Robert Pitman
U.S. District Judge