May 10, 2024

<u>*Via TXW CM/ECF*</u>
Clerk of the Court
U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Re: Case No. 1:23-cv-1042-RP CONSOLIDATED WITH 1:24-cv-00176-RP; *The Lutheran Church – Missouri Synod, a Missouri nonprofit corporation v. Donald Christian, Christopher Bannwolf, Concordia University Texas, Inc. and John Does 1-12*; In the United States District Court for the Western District of Texas, Austin Division

TO THE HONORABLE CLERK OF THE COURT:

Please be advised that I will be on vacation and out of the country during the following time period:

May 20, 2024 through June 5, 2024

By means of this correspondence, I respectfully request that no hearings be set during these dates, or immediately thereafter. I further request that no motions, pleadings, or other instruments be filed or served which require a response to be filed during this period or immediately thereafter.

Sincerely,

**Richards Rodriguez & Skeith, LLP**

*/s/ Daniel R. Richards*

Daniel R. Richards

*Attorney for Defendants Donald Christian, Christopher Bannwolf and Concordia University, Texas, Inc.*

cc: All counsel of record – Via email notification