IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation<br><br>　　Plaintiff,<br><br>v.<br><br>DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12 | §§§§§§§§§§§<br><br>Case No. 1:23-cv-1042-RP |

## ORDER DENYING DEFENDANTS MOTION TO DISMISS

Came on for consideration Defendants' Motion to Dismiss filed in this matter (Doc. 13). Having considered the motion and the response of Plaintiff and the contents of the file, the Court denies the Motion to Dismiss in all respects.

Signed this ____ day of _____, 2024.

_____
The Honorable Robert Pitman
U.S. District Judge