IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation <br><br> Plaintiff, <br><br> v. <br><br> DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12 | Case No. 1:23-cv-1042-RP |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

Donald Christian, Christopher Bannwolf, and Concordia University Texas, Inc. ("Defendants") submit this Unopposed Motion to Extend Responsive Pleading Deadline as follows:

Plaintiff Lutheran Church Missouri Synod filed a Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to Join Indispensable Parties on May 10, 2024. Pursuant to Local Rule CV-7 (E) (2), Defendants' deadline to file a reply brief is May 17, 2024. Defendants need an additional 7 days to submit their reply brief. Plaintiff does not oppose this motion.

Defendants request that the Court enter an order granting this motion and extending the deadline for Defendants to file their reply brief until May 24, 2024.

This motion is not sought for delay but so that justice may be served.

WHEREFORE PREMISES CONSIDERED, Defendants pray that the Court enter an order granting this motion to extend responsive pleading deadline.

Respectfully submitted,

*/s/ Daniel R. Richards*
**Daniel R. Richards**
State Bar No. 00791520
drichards@rrsfirm.com
**Clark Richards**
State Bar No. 90001613
crichards@rrsfirm.com
**Albert A. Carrion, Jr.**
State Bar No. 03883100
acarrion@rrsfirm.com
**RICHARDS RODRIGUEZ & SKEITH, LLP**
611 West 15th Street
Austin, Texas 78701
Telephone: (512) 476-0005
Facsimile: (512) 476-1513

**ATTORNEYS FOR DEFENDANTS CONCORDIA UNIVERSITY TEXAS, INC., DONALD CHRISTIAN AND CHRISTOPHER BANNWOLF**

**CERTIFICATE OF CONFERENCE**

      I certify that on May 13, 2024, Clark Richards conferred with counsel for Plaintiff about the relief being sought in this motion and Plaintiff does not oppose this motion.

                                    */s/ Daniel R. Richards*
                                    **DANIEL R. RICHARDS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of May 2024, I electronically filed the above and foregoing document, which will send notification of such filing to:

Steven C. Levatino
Levatino & Pace PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
steven@lpfirm.com

Andrew F. MacRae
MacRae Law Firm PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
andrew@macraelaw.com

Gregg R. Kronenberger
Kronenberger Law Firm, PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
gregg@gkronenberger.com

                                    */s/ Daniel R. Richards*
                                    **DANIEL R. RICHARDS**