IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation | § § § § § § § § § § § § | |
| Plaintiff, | | |
| | | Case No. 1:23-cv-1042-RP |
| v. | | |
| DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12 | | |

**ORDER GRANTING UNOPPOSED MOTION TO
EXTEND RESPONSIVE PLEADING DEADLINE**

Came on for consideration the Unopposed Motion to Extend Responsive Pleading Deadline filed by Defendants Donald Christian, Christopher Bannwolf, and Concordia University Texas, Inc. in this matter. Having considered the motion and the contents of the file, the Court grants the motion in all respects. The deadline for Defendants to file their Reply Brief in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to Join Indispensable Parties is extended until May 24, 2024.

Signed this _____ day of _____, 2024.

_____
The Honorable Robert Pitman
U.S. District Judge