UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| The Lutheran Church - Missouri Synod | § § | |
| vs. | § § | NO:   AU:23-CV-01042-RP |
| Donald Christian, Christopher Bannwolf, John Does 1-12, Concordia University Texas, Inc. | § | |

**TRANSFER ORDER**

Before the court is the above-styled and numbered cause. It appears to the court that the above-styled and numbered cause may be transferred from the docket of the Honorable Robert Pitman, United States District Judge, to the docket of the Honorable David A. Ezra, United States District Judge, both judges having consented to the transfer.

IT IS ORDERED that the above-styled and numbered cause is TRANSFERRED to the docket of the Honorable David A. Ezra, United States District Judge, for all purposes. Pursuant to the most recent Order Assigning the Business of the Court, the clerk of court shall credit this case to the percentage of business of the receiving Judge.

**SIGNED** on  9th day of August, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE