IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation <br> *Plaintiff*, <br><br> v. <br><br> DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12 <br> *Defendants* | Case No. 1:23-cv-1042-RP <br> [Consolidated with 1:24-cv-00176-RP] |

## JOINT MOTION FOR CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff, The Lutheran Church – Missouri Synod, a Missouri nonprofit corporation, and Defendants, Donald Christian, Christopher Bannwolf and Concordia University Texas, Inc. (hereinafter referred to as "Parties"), submit this Joint Motion for Confidentiality and Protective Order as follows:

1. This lawsuit involves certain documents and information that are sensitive and/or confidential that may be exchanged in discovery and/or submitted as evidence, including, but not limited to confidential employment and financial information. The parties request that the Court enter the attached Agreed Protective Order to protect legitimate privacy interests of the parties and the rights of third parties during the course of this litigation. The attached Agreed Protective Order is based on the form promulgated by the U.S. District Court for the Western District of Texas, but deleting Section 3b.[1]

WHEREFORE, Plaintiff and Defendants pray that the Court sign and enter the Agreed Confidentiality and Protective Order attached hereto.

---

[1] https://www.txwd.uscourts.gov/main-forms/civil/index.html.

Respectfully submitted,


By:    */s/ Steven C. Levatino*
Steven C. Levatino
State Bar No. 12245250
**Levatino Pace PLLC**
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
T: 512-637-1581
F: 512-637-1583
steven@lpfirm.com


By:    */s/ Andrew MacRae*
Andrew F. MacRae
State Bar No. 00784510
**MacRae Law Firm PLLC**
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
T: 512-565-7798
andrew@macrae.law.co


By:    */s/ Gregg R. Kronenberger*
Gregg R. Kronenberger
State Bar No. 24039998
**Kronenberger Law Firm, PLLC**
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
T: 512-777-4141
F: 512-402-3313
M: 512-923-3158
gregg@gkronenberger.com

*Attorneys For Plaintiff*
*The Lutheran Church – Missouri Synod*

*/s/ Daniel R. Richards*
**Daniel R. Richards**
State Bar No. 00791520
drichards@rrsfirm.com
**Clark Richards**
State Bar No. 90001613
crichards@rrsfirm.com
**Albert A. Carrion, Jr.**
State Bar No. 03883100
acarrion@rrsfirm.com
**RICHARDS RODRIGUEZ & SKEITH, LLP**
611 West 15th Street
Austin, Texas 78701
Telephone: (512) 476-0005

*Attorneys For Defendants*
*Concordia University Texas, Inc., Donald*
*Christian and Christopher Bannwolf*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August 2024, I electronically filed the above and foregoing document. I understand the CM/ECF system will send a Notice of Electronic Filing to all counsel of record.

*/s/ Andrew MacRae*
**Andrew MacRae**