IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation<br><br>Plaintiff(s),<br><br>v.<br>DONALD CHRISTIAN, CHRISTOPHER BANNWOLF CONCORDIA UNIVERSITY TEXAS, INC.,<br><br>Defendant(s). | § § § § § § § § § § § | 1: 23-CV-1042-RP<br>[Consolidated with 1:24-cv-00176-RP] |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party  __Donald Christian, Christopher Bannwolf and Concordia University Texas, Inc.__ through counsel  __Daniel R. Richards__

___ consents to having a United States Magistrate Judge preside over the trial in this case.

_X_ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

_/s/ Daniel R. Richards_

Attorney for:
**Donald Christian, Christopher Bannwolf and Concordia University Texas, Inc.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of August 2024, I electronically filed the above and foregoing document, which will send notification of such filing to:

| | |
|---|---|
| Steven C. Levatino<br>Levatino & Pace PLLC<br>1101 S. Capital of Texas Hwy.<br>Bldg. K, Suite 125<br>Austin, Texas 78746<br>steven@lpfirm.com | Andrew F. MacRae<br>MacRae Law Firm PLLC<br>3267 Bee Cave Road<br>Suite 107, PMB 276<br>Austin, Texas 78746<br>andrew@macraelaw.com |

Gregg R. Kronenberger
Kronenberger Law Firm, PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
gregg@gkronenberger.com

                                          */s/ Daniel R. Richards*