IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation<br>    *Plaintiff*,<br><br>v.<br><br>DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12<br>    *Defendants* | Case No. 1:23-cv-1042-DAE<br>[Consolidated with 1:24-cv-00176-DAE] |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

NOW COME, through undersigned counsel, Plaintiff, The Lutheran Church – Missouri Synod, a Missouri nonprofit corporation and Defendants, Donald Christian, Christopher Bannwolf and Concordia University Texas, Inc. (hereinafter referred to as "Parties") and file this Joint Alternative Dispute Resolution Report pursuant to Western District Local Rule CV-88.

Steven C. Levatino is responsible for settlement negotiations on behalf of Plaintiff. Daniel R. Richards is the person responsible for settlement negotiations on behalf of Defendants Concordia University Texas, Inc., Donald Christian and Christopher Bannwolf.

The Parties held a mediation with Jeff Rose on December 13, 2023, and the case did not settle.

Respectfully submitted,


By: */s/ Steven C. Levatino*
Steven C. Levatino
State Bar No. 12245250
**Levatino Pace PLLC**
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
T: 512-637-1581
F: 512-637-1583
steven@lpfirm.com


Andrew F. MacRae
State Bar No. 00784510
**MacRae Law Firm PLLC**
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
T: 512-565-7798
andrew@macraelaw.co


Gregg R. Kronenberger
State Bar No. 24039998
**Kronenberger Law Firm, PLLC**
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
T: 512-777-4141
F: 512-402-3313
M: 512-923-3158
gregg@gkronenberger.com

*Attorneys For Plaintiff*
*The Lutheran Church – Missouri Synod*

*/s/ Daniel R. Richards*
**Daniel R. Richards**
State Bar No. 00791520
drichards@rrsfirm.com
**Clark Richards**
State Bar No. 90001613
crichards@rrsfirm.com
**Albert A. Carrion, Jr.**
State Bar No. 03883100
acarrion@rrsfirm.com
**RICHARDS RODRIGUEZ & SKEITH, LLP**
611 West 15th Street
Austin, Texas 78701
Telephone: (512) 476-0005

*Attorneys For Defendants*
*Concordia University Texas, Inc., Donald*
*Christian And Christopher Bannwolf*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August 2024, I electronically filed the above and foregoing document, which will send notification of such filing to:

Steven C. Levatino
Levatino & Pace PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
steven@lpfirm.com

Andrew F. MacRae
MacRae Law Firm PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
andrew@macraelaw.co

Gregg R. Kronenberger
Kronenberger Law Firm, PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
gregg@gkronenberger.com

*/s/ Daniel R. Richards*
**DANIEL R. RICHARDS**