IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Lutheran Church - Missouri Synod

       Plaintiff(s),

v.

Donald Christian, et al

       Defendant(s).

§
§
§
§
§
§
§
§
§
§

1:23CV-1042-RP

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73,

and the Local Rules of the United States District Court for the Western District of Texas, the

following party _____ Lutheran Church — Missouri Synod _____

through counsel _____ Andrew MacRae _____

_____ consents to having a United States Magistrate Judge preside over the trial in this case.

X declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

_____

Attorney for:

       Plaintiff

_____