IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE LUTHERAN CHURCH - MISSOURI SYNOD, a Missouri nonprofit corporation, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC. & JOHN DOES 1 – 12 | § § § § § § | Cause No. 1:23-cv-1042-DE [Consolidated with 1:24-cv-00176-DE] |
| Defendants | § § | |

**ORDER ON NON-PARTIES ALAN TAYLOR NATHANIEL HILL AND THOMAS ZACHMAN'S MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER**

Came on to be considered the Motion to Quash and Motion for Protective Order filed by Alan Taylor, Nathaniel Hill and Thomas Zachman regarding their respective Amended Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action, with requested documents attached thereto as Exhibit A, and having considered the Motion, it is ordered that the Non-Parties' Motion is hereby GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Amended Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action, and Exhibit A, attached thereto, for Alan Taylor, Nathaniel Hill and Thomas Zachman are hereby QUASHED.

**IT IS FURTHER ORDERED** that Non-Parties Alan Taylor, Nathaniel Hill and Thomas Zachman appear for deposition after such time as this Court rules as to the Parties' discovery dispute as briefed in Doc. 37-1; Concordia University Texas, Inc.'s Motion for Protective Order.

**IT IS FURTHER ORDERED** that Non-Parties Alan Taylor, Nathaniel Hill and Thomas Zachman produce the requested documents in Exhibit A to counsel for Concordia University Texas, Inc. prior to depositions set in conformity with this Order to prevent disclosure of any privileged or non-discoverable materials as may be ruled on by this Court.

**SO ORDERED.**

**SIGNED this _____ day of _____, 2024.**

_____
**HONORABLE DAVID EZRA**
**UNITED STATES DISTRICT JUDGE**