IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation<br>    *Plaintiff*,<br><br>v.<br><br>DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12<br>    *Defendants* | § § § § § § § § § § § § § | Case No. 1:23-cv-1042-DAE |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time filed by Plaintiff, The Lutheran Church – Missouri Synod, a Missouri nonprofit corporation ("LCMS"). The Court, having considered the motion, and having been advised that the motion is unopposed, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that LCMS shall respond to the Motion to Quash and Motion for Protective Order (Doc. 38), and the Motion for a Protective Order (Doc. 39), on or before October 11, 2024.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE