IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH—MISSOURI SYNOD, a Missouri nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONALD CHRISTIAN, CHRISTOPHER BANNWOLF,  CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12 | §§§§§§§§§§§§ Case No. 1:23-cv-1042-DAE |

## ADVISORY TO THE COURT

Defendant The Lutheran Church—Missouri Synod, a Missouri nonprofit corporation ("LCMS"), provides the following Advisory to the Court.

1. Pursuant to the Court's Agreed Scheduling Order (Doc. 21), the deadline for the parties to amend or supplement pleadings or to join additional parties is September 27, 2024.

2. The Order also provides that the parties may modify the deadlines in the Order by agreement, with the exception of the dispositive motion deadline and the trial date. LCMS intends to file a Second Amended Complaint, joining additional parties. The parties have agreed to extend the September 27, 2024 pleading deadline to December 2, 2024.

Respectfully submitted,

By: */s/ Steven Levatino*
 Steven C. Levatino
 State Bar No. 12245250
 **Levatino|Pace PLLC**
 1101 S. Capital of Texas Hwy.
 Bldg. K, Suite 125
 Austin, Texas 78746
 T: 512-637-1581
 F: 512-637-1583
 steven@lpfirm.com


By: */s/ Andrew MacRae*
 Andrew F. MacRae
 State Bar No. 00784510
 MacRae Law Firm PLLC
 3267 Bee Cave Road
 Suite 107, PMB 276
 Austin, Texas 78746
 T: 512-565-7798
 andrew@macraelaw.co


By: */s/ Gregg Kronenberger*
 Gregg R. Kronenberger
 State Bar No. 24039998
 Kronenberger Law Firm, PLLC
 1101 S. Capital of Texas Hwy.
 Bldg. K, Suite 125
 Austin, Texas 78746
 T: 512-777-4141
 F: 512-402-3313
 M: 512-923-3158
 gregg@gkronenberger.com

*Attorneys for Defendant*
*The Lutheran Church—Missouri Synod,*
*a Missouri Nonprofit Corporation*

**CERTIFICATE OF CONFERENCE**

I hereby certify before filing the foregoing Advisory, I conferred with Clark Richards, counsel for Defendants, who confirmed that he agrees to extend the September 27, 2024 pleading deadline to December 2, 2024.

        */s/ Steven C. Levatino*
        STEVEN C. LEVATINO

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Advisory has been filed through the CM/ECF system on September 26, 2024. I understand the CM/ECF system will send a Notice of Electronic Filing to the following counsel of record:

Daniel R. Richards
Clark Richards
Albert A. Carrion, Jr.
Richards Rodriguez & Skeith, LLP
611 West 15th Street
Austin, Texas 78701

        */s/ Steven C. Levatino*
        STEVEN C. LEVATINO