Case 1:23-cv-01042-DAE   Document 43-1   Filed 10/16/24   Page 1 of 1
Exhibit 1 to CTX Reply ISO Motion for Protective Order
Page 1 of 1

**The Lutheran Church—Missouri Synod**
**Board of Directors**
**Notice of Action**

| Board Meeting Date: | February 9, 2023 |
|---|---|
| Board Action: | Adopted |

To: The Concordia University Texas Board of Regents

From: Frank Simek, Chief Administrative Officer

Date: February 9, 2023

Re: Synod Board of Directors Resolution Calling on Concordia University Texas to Reverse and Return

It was moved and unanimously adopted:

WHEREAS, The Concordia University Texas (CTX) Board of Regents (BOR) took action on November 8, 2022, changing its governance documents, with the effect of separating CTX from the LCMS; and

WHEREAS, The Synod Board of Directors (BOD) has informed the CTX BOR on several occasions, including at a January 12, 2023, in person meeting, of the effect and consequences of the CTX BOR's action and the need for the CTX BOR to take immediate action to reverse its November 8 action to bring CTX back within the Synod; therefore be it

*Resolved*, That the BOD again urge the CTX BOR at its February 10, 2023, meeting to reverse its actions that separated CTX from the Synod and to restore its governance documents to comply with Synod's Constitution and Bylaws and not to delay any further in making the reversal and restoration; and be it further

*Resolved*, That upon the CTX BOR's action restoring its governance documents and returning to Synod, the BOD remains willing to engage in further discussion with the CTX BOR to address remaining issues of interest in a manner consistent with Synod's Constitution and Bylaws going forward.

The board directed CAO Simek to distribute the resolution to the members of the CTX BOR this evening.

CTX_000297