EXHIBIT 7

| | |
|---|---|
| **From:** | Donald Christian |
| **Cc:** | Donald Christian |
| **Subject:** | governance decision announcement |
| **Date:** | Wednesday, November 9, 2022 4:58:21 PM |
| **Attachments:** | President"s Memo on Governance Change.pdf |

Dear Past CTX Board of Regents Members,

Yesterday our Board took action that makes it the sole-governing authority of Concordia University Texas, removing from its governing documents any language by which it would be subject to the LCMS Handbook and Bylaws. This was done as a result of many months of discussion, discernment, and prayer. While there are many reasons that led to this, it primarily lay with the tightening of control and the restriction of mission that has been occurring over time, and would amplify with the planned passage of a whole new set of bylaws at the 2023 LCMS Convention. The Board worked hard to engage in a meaningful conversation with the LCMS and the CUS on a number of issues, including a reimagined relationship between CTX and the LCMS. When efforts toward dialogue came to a standstill, the Board took action – thus the announcement to our community (see attached).

I want to reassure you that this is a governance decision – and only a governance decision. The Board affirms its alignment with the LCMS through it adherence to the Church's confession found in Article II of the LCMS Constitution (accepting without reservation the Scriptures and the Confessions). We will continue to serve the congregations by providing workers for the church and will work with LCMS entities as partners to further the mission of the church. All Board members will continue to have membership in a LCMS Congregation and will be well-versed in our Lutheran identity. I would invite you to visit our webpage on Lutheran Identity to read more about this decision and how it will play itself out over time.

Finally, I want to thank you for your commitment during your years as a member of the Board of Regents, giving this institution your best thinking, your financial support, and your prayers. Concordia is the place it is today because of you and those who came before you. Join me now in praying for the mission of CTX that it would continue to serve students in a manner that prepares them for their vocations and do so in the light of the Gospel of Christ.

Christ's peace to all of you…

Dr. Donald Christian
President and CEO
Concordia University Texas
Donald.Christian@concordia.edu
512-313-4201



**MEMO**

DATE:      Tuesday, November 8, 2022
TO:          Friends and Constituents of Concordia University Texas
FROM:    Donald Christian, President & CEO, Concordia University Texas
RE:          Board of Regents Governance Conversation

For over a year, the Concordia University Board of Regents has diligently worked and prayed about a decision to guard and guide the future of the University. Centered by our founding purpose and our vision to be the premier institution of higher education where the adventure of faith, learning, and life-changing experiences leads to meaningful work, the Board voted to adopt a structure whereby Concordia University Texas will be governed solely by its Board of Regents, rather than the historic governance directed by the bylaws of Synod.

As you know, Concordia University Texas is in a strong position, with healthy enrollment, exciting academic programs, strong finances, robust community partnerships, and meaningful relationships.

As the news of this change begins to circulate, it is important that you understand that we are not leaving the LCMS. We are committing to our alignment with the LCMS. This vote simply reframes the nature of that relationship so that governance will be directed solely by the Board of Regents rather than shared with Synod.

We are deeply thankful for our Lutheran theology, history, and practice, and we will continue to live out the mission of the church by remaining faithful to Scripture and the confessions; engaging with the broader culture and being a light to the world; continuing to train workers for the church; sharing the gospel with students; and partnering with LCMS entities to help them live out their mission.

We will continue to provide information to the necessary entities as this decision plays out over time. If you have any questions, please feel free to contact me (president@concordia.edu), our Provost Dr. Kristi Kirk (provost@concordia.edu), or any other member of our CTX leadership team. For more information and ongoing updates, visit our website at concordia.edu/lutheranidentity.

Please join us in prayer that God would bless this decision for the future of Concordia.