IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE LUTHERAN CHURCH—<br>MISSOURI SYNOD, a Missouri nonprofit corporation,<br>  Plaintiff,<br><br>v.<br><br>DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1–12<br>  Defendants. | §§§§§§§§§§§§§ | Case No. 1:23-cv-1042-DAE |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

On _____, the Court considered Plaintiff's Motion to Compel ("Motion"), and after considering the motion, the evidence and the arguments of counsel, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Concordia University Texas, Inc. (CTX)'s objections to Interrogatory 1 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 2 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 3 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 4 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 5 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 6 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 7 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 9 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 10 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 11 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 12 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 13 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 14 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 17 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 18 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 19 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 20 are overruled and

3 | P a g e

CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 21 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 22 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 23 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 24 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 25 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 27 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Interrogatory 40 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 1 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 2 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 3 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this

Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 4 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 6 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 8 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 9 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 11 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 13 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 14 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 15 are

overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 16 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 18 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 19 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 21 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 22 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 23 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 24 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 25 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 26 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 27 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 28 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 32 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 35 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 37 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 38 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this

Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 39 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 40 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 45 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

IT IS FURTHER ORDERED that CTX's objections to Request for Production 46 are overruled and CTX must fully respond to said interrogatory within 15 days of the signing of this Order.

Signed on this _____ day of November 2024.

_____
HONORABLE DAVID EZRA
UNITED STATES DISTRICT JUDGE