UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE LUTHERAN CHURCH-MISSOURI SYNOD,<br>*Plaintiff*<br><br>v.<br><br>DONALD CHRISTIAN, ET AL.,<br>*Defendants* | § § § § § § § § § | No. 1:23-CV-01042-DAE |
| CONCORDIA UNIVERSITY TEXAS,<br>*Plaintiff*<br><br>v.<br><br>THE LUTHERAN CHURCH-MISSOURI SYNOD, ET AL.,<br>*Defendants* | § § § § § § § § § § § | No. 1:24-CV-00176-DAE |

**ORDER**

Before the Court are Defendants Christopher Bannwolf, Donald Christian, and Concordia University Texas's motion for a protective order, Dkt. 39 in 1:23-cv-01042-DAE; Plaintiff Lutheran Church – Missouri Synod's motion to compel, Dkt. 44 in 1:23-cv-01042-DAE; and Plaintiff Concordia University Texas's motion for confidentiality/protective order, Dkt. 23 in 1:24-cv-00176-DAE. The District Judge referred the motions for disposition pursuant to Rule CV-72, Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and 28

1

U.S.C. § 636(b)(1)(A). Having reviewed the motions, the undersigned enters the following Order.

The parties are **ORDERED** to meaningfully confer telephonically or in person regarding the issues in each motion and **FILE** a Joint Advisory with the Court **before 2:00 p.m. on Tuesday, November 12, 2024**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. of the business day prior to the hearing**. Please also send a copy of any demonstratives to Natalie Bayer at Natalie_Bayer@txwd.uscourts.gov by **5:00 p.m. of the business day prior to the hearing.**

**IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for an in-person hearing before the undersigned at **2:00 p.m. on Thursday, November 14, 2024**. The hearing will last no more than 1 hour with each side afforded 30 minutes to make its arguments. The parties are advised and hereby placed on notice that the undersigned may award expenses against any party that is uncooperative in discovery. *See* Fed. R. Civ. P. 37(a)(5).

SIGNED October 23, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE