**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation** *Plaintiff,* | § § § | |
| | § | **Case No. 1:23-cv-1042-DE** |
| **v.** | § | **[Consolidated with 1:24-cv-00176-DE]** |
| | § | |
| **DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12** *Defendants* | § § § § § § | |

**JOINT ADVISORY ON PENDING DISCOVERY DISPUTES**

NOW COME, through undersigned counsel, Plaintiff, The Lutheran Church – Missouri Synod, a Missouri nonprofit corporation (LCMS) and Defendant Concordia University Texas, Inc. ("CTX") (collectively "Parties") and file this Joint Advisory on pending discovery disputes as ordered by the Court.

1. Counsel for the Parties conferred at 2:00 p.m. on Monday, November 11th regarding CTX's pending Motion for Protective Order and LCMS's pending Motion to Compel, which are both set for hearing on Thursday, November 14th at 2:00 p.m. After conference, the Parties agree that they need assistance from the Court as follows:

2. **How Regents voted.** LCMS's Interrogatories 1-7 and 12-14, Request for Production number 40 to CTX, and request numbers 43-44 in its subpoenas to former Regents seek information and documents as to how specific Board of Regents members voted on a number of resolutions, as well as their internal discussions and opinions regarding the topics of those resolutions.

3. It is CTX's position that this information is protected by CTX's and its Board members' First Amendment rights of Freedom of Religion and Freedom of Association, as well as the Religious Freedom Restoration Act. CTX contends that LCMS's request for this information cannot satisfy the exacting scrutiny required to override these privileges particularly because it does not have a right to pursue a cause of action against the Regents.

4. It is LCMS's position that it has pleaded a cause of action against the John Doe Regents for breach of fiduciary duties and is entitled to discover their names. LCMS further claims that the First Amendment rights of Freedom of Religion and Freedom of Association as well as the Religious Freedom Restoration Act do not protect CTX from the discovery. It is also LCMS's position that the validity of its pled cause of action is an issue to be resolved on summary judgment and is irrelevant to the resolution of the discovery dispute.

5. **CTX's claimed First Amendment privileges and privileges under the Religious Freedom Restoration Act (RFRA).** The Parties believe the voting privilege issue is very similar to this issue and the Court's resolution might also address: a) request numbers 1-5, 7-25, 27-33, and 36-58 in LCMS's subpoena to former CTX Regents; b) LCMS's Request for Production to CTX numbers 9, 11, 22, 23, 24, 25, 27, and 40, as well as any other request in which CTX stated it would produce non-privileged information; and c) LCMS's interrogatories to CTX numbers 1-7 and 12-14.

6. CTX contends that disclosure of documents and communications among CTX's Officers and Regents (current and former) regarding the contested CTX resolutions, Synod governance of CTX, CTX's relationship with Synod, and CTX's governance violate CTX's and its governing Board and Officers' First Amendment rights to Freedom of Religion and Freedom of Association. CTX has provided briefing to this Court for the basis of these privileges. Given the volume of

requests and potentially responsive material, and CTX's production of documents responsive to LCMS's requests, any delay in production has not been in bad faith. CTX seeks only the ability to adequately review responsive material and to preserve its privileges.

7. It is LCMS's position that CTX has no right to claim a 1st Amendment privilege against LCMS and briefed that position to the Court. It is also LCMS's position that CTX has waived its First Amendment privileges by not asserting them in its first written response to LCMS's discovery requests.

8. **Zachman, Hill and Taylor subpoenas and subpoena duces tecum.** The Parties agree to the resolution of this issue and request an Order from the Court that the former Regents Tom Zachman, Nathaniel Hill and Alan Taylor submit documents responsive to subpoenas issued by LCMS to counsel for CTX for review and production pursuant to the Agreed Protective Order which would allow CTX the ability to receive, review, and produce a privilege log of withheld materials produced by former Regents responsive the subpoena deuces tecum.

Respectfully submitted,

By: */s/ Steven C. Levatino*
Steven C. Levatino
State Bar No. 12245250
**Levatino Pace PLLC**
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
T: 512-637-1581
F: 512-637-1583
steven@lpfirm.com

Andrew F. MacRae
State Bar No. 00784510
**MacRae Law Firm PLLC**
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
T: 512-565-7798
andrew@macraelaw.com

Gregg R. Kronenberger
State Bar No. 24039998
**Kronenberger Law Firm, PLLC**
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
T: 512-777-4141
F: 512-402-3313
M: 512-923-3158
gregg@gkronenberger.com

***Attorneys For Plaintiff***
***The Lutheran Church – Missouri Synod***

*/s/ Daniel R. Richards*
**Daniel R. Richards**
State Bar No. 00791520
drichards@rrsfirm.com
**Clark Richards**
State Bar No. 90001613
crichards@rrsfirm.com
**Albert A. Carrion, Jr.**
State Bar No. 03883100
acarrion@rrsfirm.com
**RICHARDS RODRIGUEZ & SKEITH, LLP**
611 West 15th Street
Austin, Texas 78701
Telephone: (512) 476-0005

***Attorneys For Defendants***
***Concordia University Texas, Inc., Donald Christian And Christopher Bannwolf***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of November 2024, I electronically filed the above and foregoing document, which will send notification of such filing to:

Steven C. Levatino
Levatino & Pace PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
steven@lpfirm.com

Andrew F. MacRae
MacRae Law Firm PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
andrew@macraelaw.co

Gregg R. Kronenberger
Kronenberger Law Firm, PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
gregg@gkronenberger.com

*/s/ Daniel R. Richards*
**DANIEL R. RICHARDS**