IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation<br>*Plaintiff*,<br><br>v.<br><br>DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12<br>*Defendants* | § § § § § § § § § § § § | Case No. 1:23-cv-1042-DAE |
| CONCORDIA UNIVERSITY TEXAS,<br>*Plaintiff*,<br><br>v.<br><br>THE LUTHERAN CHURCH – MISSOURI SYNOD, an unincorporated association of Lutheran congregations, and THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri Corporation,<br>*Defendants* | § § § § § § § § § § § § § | Case No. 1:24-cv-176-RP |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time filed by The Lutheran Church—Missouri Synod, a Missouri nonprofit corporation ("LCMS"). The Court, having considered the motion, and having been advised that the motion is unopposed, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that LCMS has until December 20, 2024, to file its objection to ask the district court to reconsider the Magistrate Judge's November 20, 2024, Report

1

and Recommendation (1:23-cv-1042-Doc. 52; Case No. 1:24-cv-176-Doc. 29) and the other parties have until January 13, 2025, to file a response.

SIGNED this  22nd  day of  November , 2024.

_____
David Alan Ezra
Senior United States District Judge