UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation, <br><br> Plaintiff, <br><br> v. <br><br> DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12 <br><br> Defendants. | CASE NO.  1:23-cv-1042-RP <br><br> [consolidated with 1:24-cv-00176-DAE] |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

The Lutheran Church – Missouri Synod, a Missouri nonprofit corporation, designates the following attorney as additional counsel of record:

>Kevin Dubose
>State Bar No. 06150500
>kdubose@adjtlaw.com
>ALEXANDER DUBOSE & JEFFERSON LLP
>1844 Harvard Street
>Houston, Texas 77008
>Telephone: (713) 523-2358
>Facsimile:  (713) 522-4553

The Clerk is requested to take notice of this designation and provide a copy of all communications to the additional counsel listed below.

<div style="display: flex;">

<div>
Steven C. Levatino
State Bar No. 12245250
LEVATINO|PACE PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
Telephone: (512) 637-1581
Facsimile: (512) 637-1583
steven@lpfirm.com

Andrew F. MacRae
State Bar No. 00784510
MACRAE LAW FIRM PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
Telephone: (512) 565-7798
andrew@macraelaw.com

Gregg R. Kronenberger
State Bar No. 24039998
KRONENBERGER LAW FIRM, PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
Telephone: (512) 777-4141
Facsimile: (512) 402-3313
Mobile: (512) 923-3158
gregg@gkronenberger.com
</div>

<div>
Respectfully submitted,

*/s/ Kevin Dubose*
Kevin Dubose
State Bar No. 06150500
kdubose@adjtlaw.com
ALEXANDER DUBOSE & JEFFERSON LLP
1844 Harvard Street
Houston, Texas 77008
Telephone: (713) 523-2358
Facsimile: (713) 522-4553
</div>

</div>

**ATTORNEYS FOR THE LUTHERAN CHURCH –
MISSOURI SYNOD, a Missouri
nonprofit corporation**

## CERTIFICATE OF SERVICE

      I certify that on December 20, 2024, a true and correct copy of the foregoing document was served upon all counsel of record to this proceeding via the electronic filing manager utilized to file this document with the Court.

>   Daniel R. Richards
>   Clark Richards
>   Albert A. Carrion, Jr.
>   RICHARDS RODRIGUEZ & SKEITH, LLP
>   611 West 15th Street
>   Austin, Texas 78701
>
>   *Attorneys for Defendants*

                                                */s/ Kevin Dubose*
                                                Kevin Dubose