IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE LUTHERAN CHURCH – MISSOURI SYNOD, a Missouri nonprofit corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD CHRISTIAN, CHRISTOPHER BANNWOLF, CONCORDIA UNIVERSITY TEXAS, INC., & JOHN DOES 1-12,<br><br>*Defendants.* | No. 1:23-cv-1042-DAE |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff The Lutheran Church – Missouri Synod, a Missouri nonprofit corporation, hereby appeals to the United States Court of Appeal for the Fifth Circuit from this Court's February 3, 2025 Order, ECF No. 61, adopting the Report and Recommendation of the Magistrate Judge and all earlier and interlocutory orders and rulings, including the November 20, 2024 Report and Recommendation of the United States Magistrate Judge, ECF No. 52 .

Respectfully submitted this 21st day of February, 2025.

Respectfully submitted,

By:  */s/ Steven Levatino*

| | |
|---|---|
| Andrew F. MacRae | Steven C. Levatino |
| State Bar No. 00784510 | State Bar No. 12245250 |
| MACRAE LAW FIRM PLLC | LEVATINO\|PACE PLLC |
| 3267 Bee Cave Road | 1101 S. Capital of Texas Hwy. |
| Suite 107, PMB 276 | Bldg. K, Suite 125 |
| Austin, Texas 78746 | Austin, Texas 78746 |
| T: 512-565-7798 | T: 512-637-1581 |
| andrew@macraelaw.co | steven@lpfirm.com |

Gregg R. Kronenberger
State Bar No. 24039998
KRONENBERGER LAW FIRM, PLLC
1101 S. Capital of Texas Hwy.
Bldg. K, Suite 125
Austin, Texas 78746
T: 512-777-4141
F: 512-402-3313
gregg@gkronenberger.com

Kevin Dubose
State Bar No. 06150500
Alexander Dubose & Jefferson LLP
1844 Harvard Street
Houston, Texas 77008
T: 713-523-2358
F: 713-522-4553
kdubose@adjtlaw.com

*Attorneys for The Lutheran Church –
Missouri Synod, a Missouri nonprofit corporation*

### CERTIFICATE OF SERVICE

On February 21, 2025, I electronically submitted the foregoing **NOTICE OF APPEAL** to the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served counsel of record for all parties through the Court's ECF system.

/s/ Steven Levatino
Steven Levatino